RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 1 2 2015

CHRISTOPHER A. PRINE
CLERK

Place
Stamp
Here

Name _____
Address _____
City/State _____
Zip _____

☐ Check box for address change. Affix postage and return.

BBVA COMPASS
P.O. BOX 830606
BIRMINGHAM AL 35283-0606

119435 1001 1 000356 000356 01/01

BBVA Compass
P.O. Box 830606
Birmingham, AL 35283-0606

## NSF/OD Paid Item

Date Presented: September 30, 2015

Account Number: xxxxxxxx5600

**Questions? Call 1-800-COMPASS**

BBVA Compass recently honored the item(s) shown below even though funds were not available in your account. If you have not already done so, please deposit funds to cover the item(s) and insufficient Funds Charge to avoid additional charges. If your account remains overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an Extended Overdraft Service Charge of $25 will be charged. An additional $25 Extended Overdraft Service Charge will be charged if your account remains negative for twenty (20) consecutive calendar days. Please note that the Extended Overdraft Service Charge does not apply to all consumer savings or money market accounts. Please also note that this service charge does not apply to all business accounts; see the terms and conditions for your account for additional details relating to this service charge. The balance below is the Available Balance as of the end of the business day on the Date Presented.

| Description: | Amount: | Insufficient Funds Charge: | Balance: |
|---|---|---|---|
| 960 | $39.00 | $38.00 | ($22.64) |

Page 1 of 1
BBVA Compass is a trade name of Compass Bank, Member FDIC.

PRINTED BY STANDARD REGISTER U.S.A.   1187SDPOR (5-09)   IMAGE SEAL® Patent Nos. 7530488   8536309

Mr. Alexander L. Borisov
Apt. 5501
10909 Fondren Rd.
Houston, TX 77096

MAIL RECEIVED

RECEIVED APPEALS
COURT OF TEXAS
FIRST HOUSTON, TX
OCT 1 2 2015
CHRISTOPHER A. PRINE
CLERK

Christopher A. Prine
Clerk of the Court of Appeals First District
301 Fannin Street Houdton,Texas 77002-2066

77002206699

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 12 2015

CHRISTOPHER A. PRINE
CLERK

Case Number
01-14-01019-CR

| | | |
|---|---|---|
| Hung Le, Appellant | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| State of Texas, Appellee | § | HOUSTON, TEXAS |

## Pro se Motion for Extension of Time to File Response to *Anders* Brief

To the Honorable Justices of said Court:

Appellant's appointed counsel file a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant filed a pro se request for access to the clerk's record and reporter's record in preparation for use in preparing his pro se response to counsel's brief and included a motion for extension of time to respond to counsel's *Anders* brief.

This Honorable Court granted said extension which is set to expire on **November 2, 2015**.

Appellant is in the transit to another Unit in safekeeping area and currently confined in the Life Division of the Texas Department of Justice Center in Huntsville Unit, and has suffered yet another epileptic seizure, caused scalp laceration and became hospitalized at Huntsville Memorial Hospital on 9/29/2015 and was ordered by Doctor Windham to remove staples within 7 days (please see attached hospital's report) during his period of extension and appeal response filing. As a result, Appellant has become confused, disoriented, and has shown

Due to Appellant's financial hardship to hire a private counsel, non-accessible permission for any assistance due to past 50 day safety confinement, now in transit to a new unit, recurring seizures, and incompetency mental condition, Appellant now respectfully requests the Court grant him another Appellate Public Defender Bob Wicoff to substitute Public Defendant Crowley's withdrawal and additional sixty (60) days from the granting of the motion to retain another Appellate Public Defender or find an outside assistance and allow time for that professional to help Appellant prepare and file a timely pro se response to counsel's brief and a writ of Habeas Corpus as advised by Appellate Public Defender Crowley.

Respectfully submitted,

_Mailan Le, Hung Le's PoA_

Hung Le, Pro se Appellant

_____ Unit,TDCJ# 01966229

_____, Texas _____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the _____ day of _____, 2015, a true and correct copy of the foregoing Motion for Extension of Time to File Response to Counsel's *Anders* Brief was served by U.S. mail on the :

Harris County District Attorney's Office
1200 Franklin, Suite 600
Houston, Texas 77002

_____
Pro se Appellant

**GENERAL POWER OF ATTORNEY**
STATE OF TEXAS

KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF Anderson

THAT I, HUNG - LE, of the County of Anderson and State of Texas do hereby constitute and appoint MAILAN T. LE of Jefferson Parish, Louisiana to be my duly and lawfully appointed attorney in fact granting unto said attorney in fact the full power and authority to do and perform any and all acts and/or things necessary or requisite to be done in furtherance of my interests, whether said acts involve any type of medical or legal matters, financial, real or personal property, granting unto my attorney in fact a universal power of attorney permitting said attorney in fact to act as fully and for all intents and purposes as I might do if I were personally present. I further authorize and empower said attorney in fact to being suit, to recover monies, to recover property or convey personal or real property and to execute receipts, releases and/or any other documents as may be necessary under the circumstances. Said attorney in fact is empowered to use their sole discretion in handling matters relating to my interests. This universal power of attorney will supersede my disability to the fullest extent possible for the laws of the State of Texas.

Witness my hand this 12th day of August, 2015.

x Hung Le

**Acknowledgement**

STATE OF TEXAS

COUNTY OF Anderson
BEFORE ME, the undersigned authority, on this day personally appeared Hung Le, known to me to be the person whose name is subscribed to the foregoing document and acknowledged to me that (s)he executed the same for the purposes and consideration therein expressed.
GIVEN under my hand and seal of office this the 12th day of August, 2015.

Notary Public in and for
The State of Texas

KISHA N STOTTS
NOTARY PUBLIC
STATE OF TEXAS
COMM. EXPIRES
8-28-2016
"NOTARY WITHOUT BOND"



Date: 09/29/15
Account No: H00001033625
Unit No: M000202557
Patient: LE,HUNG 1966229
Location: ER
Physician: WINDHAM,WILLIAM A

## Patient Visit Information

**You were seen today for:**

Seizure
Scalp laceration
Phenytoin overdose

### Staff

Your caregivers today were:

Physician:  WINDHAM,WILLIAM A
Nurse:  TOG

### Activity Restrictions or Additional Instructions

STAPLES OUT IN 7 DAYS. THE PATIENT'S PHENYTOIN SHOULD BE TAKEN OUT OF THE CELL
AND DISPENSED TO HIM AT DOSING TIMES. HE SHOULD BE OBSERVED TAKING THE
PHENYTOIN
TO MAKE SURE HE HAS TAKEN IT.

### Follow-up

Please contact the following to make an appointment for follow-up care:

TDCJ,PRIMARY CARE DOC

Note: Your health care plan may require a referral from your primary care provider prior
to making an appointment.

### Discharge Form

The exam and treatment which you have received has been on an EMERGENCY BASIS
ONLY. It is not intended to substitute or replace complete medical care.

It is advised that you follow the recommendations below:

1. If complications arise, call your doctor immediately. If the doctor
   cannot be reached return to the Emergency Department at once.

2. Have your prescriptions filled and follow the directions on the label.

3. The x-ray report by the Emergency Physician is NOT a final report. A



Date: 09/29/15
Account No: H00001033625
Unit No: M000202557
Patient: LE,HUNG 1966229
Location: ER
Physician: WINDHAM,WILLIAM A

radiologist will interpret your x-rays and confirm the diagnosis of the Emergency Physician.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 12 2015

CHRISTOPHER A. PRINE
CLERK _____

Case Number
01-14-01019-CR

| | | |
|---|---|---|
| Hung Le, Appellant | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| State of Texas, Appellee | § | HOUSTON, TEXAS |

## Pro se Motion for Extension of Time to File Response to *Anders* Brief

To the Honorable Justices of said Court:

Appellant's appointed counsel file a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant filed a pro se request for access to the clerk's record and reporter's record in preparation for use in preparing his pro se response to counsel's brief and included a motion for extension of time to respond to counsel's *Anders* brief.

This Honorable Court granted said extension which is set to expire on **November 2, 2015.**

Appellant is in the transit to another Unit in safekeeping area and currently confined in the Life Division of the Texas Department of Justice Center in Huntsville Unit, and has suffered yet another epileptic seizure, caused scalp laceration and became hospitalized at Huntsville Memorial Hospital on 9/29/2015 and was ordered by Doctor Windham to remove staples within 7 days (please see attached hospital's report) during his period of extension and appeal response filing. As a result, Appellant has become confused, disoriented, and has shown

Due to Appellant's financial hardship to hire a private counsel, non-accessible permission for any assistance due to past 50 day safety confinement, now in transit to a new unit, recurring seizures, and incompetency mental condition, Appellant now respectfully requests the Court grant him another Appellate Public Defender Bob Wicoff to substitute Public Defendant Crowley's withdrawal and additional sixty (60) days from the granting of the motion to retain another Appellate Public Defender or find an outside assistance and allow time for that professional to help Appellant prepare and file a timely pro se response to counsel's brief and a writ of Habeas Corpus as advised by Appellate Public Defender Crowley.

Respectfully submitted,

_____
Hung Le, Pro se Appellant
_____Unit,TDCJ#_____
_____, Texas _____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the _____ day of _____, 2015, a true and correct copy of the foregoing Motion for Extension of Time to File Response to Counsel's *Anders* Brief was served by U.S. mail on the :

Harris County District Attorney's Office
1200 Franklin, Suite 600
Houston, Texas 77002

_____
Pro se Appellant

Christopher A. Prine

Clerk of the 1st Court of Appeals

301 Fannin Street, Room 208

Houston, Texas   77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 12 2015

CHRISTOPHER A. PRINE

CLERK

RE:  HUNG LE VS. STATE OF TEXAS, NO. 01-14-01019-CR, CAUSE No. 1398928 - 232nd DISTRICT COURT OF HARRIS COUNTY

Dear Mr. Prine,

I am Mailan T Le, Hung Le's sister and Power of Attorney.  Please allow me to send you an unsigned copy of my brother, Hung Le, Appellant's Motion Request for Extension of Time to find a public/private counsel to assist my brother to file a Response to Anders Brief due to his medical and language barrier condition. I am sending this motion to you for your information only in case my brother does not receive and does not know how to mail to you at this time. I also signed as his power of attorney, please file if it is acceptable,  and if not, please discard it if it is not legally valid for filing this motion.

I am also sending my brother this motion for his signature to Huntsville Unit that where he is in transit progress.  Unfortunately, Hung Le was just hospitalized due to his seizure during his transit to a new unit's safekeeping area (please see attached Huntsville Memorial Hospital record).  I hope he will receive it, should sign as valid motion and mail to your office timely for your approval and consideration.

We respectfully request your understanding and consideration of my brother's request.  If you need any further information, please contact my brother or myself at 713-998-6878 or via email: mailan_lehoang@yahoo.com.

We deeply thank you for all your time and consideration.

Gratefully,

Mailan T. Le

Mailan Le, Hung Le's sister          dated 10/5/15

332 Timberlane Dr. Gretna, LA 70056

Ms. Maian Le
332 Timberlane Dr
Gretna, LA 70056-7244



**MAIL RECEIVED**

OCT 12 2013

CHRISTOPHER A. PRINE
CLERK

Mr. CHRISTOPHER A. PRINE
CLERK OF 1ST COURT OF APPEAL
301 FANNIN ST.
HOUSTON, 8 TEXAS 77002

